IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS B. McADAMS, DANIEL S. SINGER, TRANSPORT INVESTMENTS, INC. and JOHN A. VUONO, as trustee of the Irrevocable Trust Agreement of Douglas B. McAdams dated May 25, 1995, | Civil Action No. 07-00646<br><br>JURY TRIAL DEMANDED<br><br>Judge Joy Flowers Conti |
| Plaintiffs, | **Filed Electronically** |
| v. | |
| SECURITY LIFE OF DENVER INSURANCE COMPANY, a Colorado corporation; JEFFERSON NATIONAL LIFE INSURANCE COMPANY f/k/a CONSECO VARIABLE INSURANCE COMPANY and GREAT AMERICAN RESERVE INSURANCE COMPANY, a Texas corporation; NICHOLAS VUKICH, individually and d/b/a MORE EXCELLENT WAY, INC., BENEFIT MANAGEMENT CONSULTANTS, INC., BENEFIT MANAGEMENT CONSULTANTS-MORE EXCELLENT WAY, MORE EXCELLENT WAY-BENEFIT MANAGEMENT CONSULTANTS and NLP FINANCIAL ENTERPRISES, INC.; MORE EXCELLENT WAY, INC., an Ohio corporation; BENEFIT MANAGEMENT CONSULTANTS, INC., an Ohio corporation; and NLP FINANCIAL ENTERPRISES, INC., an Ohio corporation, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the parties set forth below, through the signatures of their counsel on this Stipulation of Dismissal, hereby stipulate to the following:

1. Plaintiffs commenced this action against the named Defendants, including Jefferson National Life Insurance Company f/k/a Conseco Variable Insurance Company and Great American Reserve Insurance Company ("Jefferson National");

2. Jefferson National, in addition to filing a response to Plaintiffs' claims, filed a Cross-Claim for indemnity and contribution against Defendants Nicholas Vukich, Benefit Management Consultants, Inc., More Excellent Way, Inc., and NLP Financial Enterprises, Inc. (the "Vukich Defendants");

3. On or about March 10, 2009, as a result of a mediation, Plaintiffs and Jefferson National reached a full and final settlement with respect to their claims and defenses raised in the above-captioned matter (the "Settlement");

4. As of the date of this Stipulation, the Vukich Defendants have neither entered an appearance in this action nor filed any response to Jefferson National's Cross-Claim;

5. Therefore, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and as a result of the Settlement, Plaintiffs hereby voluntarily dismiss their claims against Jefferson National with prejudice in accordance with the terms of a Confidential Release, Settlement Agreement and Covenant Not to Sue;

6. Additionally, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and Fed.R.Civ.P. 41(c)(1), Jefferson National hereby voluntarily dismisses the Cross-Claim filed against the Vukich Defendants without prejudice.

WHEREFORE, the undersigned parties, by and through their attorneys, hereby Stipulate that Jefferson National Life Insurance Company f/k/a Conseco Variable Insurance Company and Great American Reserve Insurance Company is dismissed from this action in accordance with Paragraphs 5 and 6 above.

VUONO & GRAY, LLC

By: *s/ Dennis J. Kusturiss*
    Dennis J. Kusturiss, Esquire
    Pa. I.D. No. 28003
    2310 Grant Building
    Pittsburgh, PA 15219
    (412) 471-1800
    Counsel for Plaintiffs

PICADIO SNEATH MILLER & NORTON, P.C.

By: *s/ Henry M. Sneath*
    Henry M. Sneath, Esquire
    Pa. I.D. No. 40559
    4710 U.S. Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219
    (412) 288-4013
    *Counsel for Jefferson National Life Insurance Company f/k/a Conseco Variable Insurance Company and Great American Reserve Insurance Company*

OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

By: *s/ Jay Evans*
    Mathieu J. Shapiro, Esquire
    Pa. I.D. No. 76266
    Jay Evans, Esquire
    Pa. I.D. No. 82149
    One Mellon Center, Suite 4250
    500 Grant Street
    Pittsburgh, PA 15219
    (412) 566-1500
    *Counsel for Security Life Insurance Company of Denver*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION OF DISMISSAL was electronically filed and is available for viewing and downloading from the ECF system and was served on all parties or their counsel of record this 13th day of May 2009, via First-Class United States Mail, postage prepaid, or electronic service, addressed as follows:

Dennis J. Kusturiss, Esquire
VUONO & GRAY, LLC
2310 Grant Building
Pittsburgh, PA  15219
*(Counsel for Plaintiffs)*

Nicholas Vukich
816 Hampton Ridge Drive
Akron, OH  44313

Benefit Management Consultants, Inc.
2108 Braewick Circle, Suite 202
Fairlawn, OH  44334

Security Life of Denver Insurance Company
1290 Broadway
Denver, CO  80203-5699

More Excellent Way, Inc.
2108 Braewick Circle, Suite 202
Fairlawn, OH  44334

NLP Financial Enterprises, Inc.
2108 Braewick Circle, Suite 202
Fairlawn, OH  44334

PICADIO SNEATH MILLER & NORTON, P.C.

*s/ Henry M. Sneath*
Henry M. Sneath